UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
June 18, 2025
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HECTOR PEREZ,<br><br>　　　　　Defendant. | Case No. 2:25-cr-00146-WBS<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>HECTOR PEREZ</u> Case No. <u>2:25-cr-00146-WBS</u> Charge <u>18 USC § 1349 from</u> custody for the following reasons:

　　　　<u>  x  </u>　Release on Personal Recognizance

　　　　<u>　　　</u>　Bail Posted in the Sum of $ <u>　　　　　　　　　</u>

　　　　　　　　<u>　　　</u>　Unsecured Appearance Bond $ <u>　　　　　　　</u>

　　　　　　　　<u>　　　</u>　Appearance Bond with 10% Deposit

　　　　　　　　<u>　　　</u>　Appearance Bond with Surety

　　　　　　　　<u>　　　</u>　Corporate Surety Bail Bond

　　　　　　　　<u>　　　</u>　(Other):

Issued at Sacramento, California on June 18, 2025 at 2:00 PM

　　　　　　　　　　　　By:　*/s/ Allison Claire*
　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE