UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
June 18, 2025
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HECTOR PEREZ,<br><br>Defendant. | Case No.  2:25-cr-00146-WBS<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  HECTOR PEREZ  Case No.  2:25-cr-00146-WBS  Charge  18 USC § 1349 from  custody for the following reasons:

     x      Release on Personal Recognizance

           Bail Posted in the Sum of $ _____

           Unsecured Appearance Bond $ _____

           Appearance Bond with 10% Deposit

           Appearance Bond with Surety

           Corporate Surety Bail Bond

           (Other):

Issued at Sacramento, California on June 18, 2025 at 2:00 PM

By: *Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE