1  CANDICE L. FIELDS
2  CANDICE FIELDS LAW, PC
   400 Capitol Mall, Suite 1620
3  Sacramento, CA 95814
   Tel: (916)414-8050
4  Fax: (916)790-9450
   Email: cfields@candicefieldslaw.com
5
   Attorney for Defendant
6  Hector Perez

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | Case No. 2:25-CR-146-WBS
12 |         Plaintiff,                |
   |                                    | **STIPULATION AND [PROPOSED] ORDER TEMPORARILY MODIFYING CONDITIONS OF PRETRIAL RELEASE**
13 |   v.                              |
14 |                                    |
15 | HECTOR PEREZ,                     |
16 |         Defendant.                |

17

18

19                              **STIPULATION**

20     Plaintiff United States of America, by and through Assistant United States Attorney Matt

21 Thuesen and defendant Hector Perez ("Mr. Perez"), by and through counsel Candice Fields,

22 hereby stipulate and agree, pursuant to 18 U.S.C. § 3142(c)(3) and L.R. 143, to a temporary

23 modification of the pretrial release conditions set in ECF No. 11 as follows:

24 **A.    Unmodified Conditions**: Except as expressly stated below, all Special Conditions in

25 ECF No. 11 remain in full force and effect, including but not limited to Special Conditions Nos.

26 1, 2, 4, 7–17. Note: Special Conditions 9 and 11 both address opening bank/credit accounts and

27 are duplicative; nothing herein changes either.

28

**B.      Temporary Modification of Special Conditions Nos. 3, 5, and 6 Only:**

**1.      Special Condition ("SC") No. 5 (Travel Restriction) — Limited International Travel to Mexico (Business Only).** Notwithstanding SC No. 5, Mr. Perez may travel to and within Mexico for business purposes only from Thursday, November 20, 2025, through Monday, December 8, 2025, as detailed below. The trip is strictly business-related. Mr. Perez will attend approximately twelve (12) scheduled meetings on commercial distribution expansion and regulatory compliance, and will work on securing NOM (Norma Oficial Mexicana) certification for a product line authorizing lawful importation and distribution in Mexico. The income stream expected from these efforts will improve Mr. Perez's ability to make restitution (if the parties determine that a negotiated settlement is feasible).

**2.      SC No. 3 (Residence/Absences Over 24 Hours) — Temporary Absence Authorized.** For the dates of November 20–December 8, 2025, Mr. Perez is authorized to absent himself from his approved residence for more than 24 hours to complete the business travel described herein. His lodging while abroad will be provided to his pretrial officer.

**3.      SC No. 6 (Passport Surrender) — Temporary Release and Re-Surrender.** If Mr. Perez's passport is in the custody of the Clerk of the Court or Pretrial Services, that office is authorized to release the passport to defense counsel/Mr. Perez on or after November 17, 2025, solely for the travel authorized herein. Mr. Perez shall re-surrender the passport to the same custodian within 24 hours of arrival back in Sacramento and in no event later than 11:59 PM (Pacific) on December 9, 2025. Mr. Perez shall not apply for or obtain any new travel document.

**4.      Detailed Itinerary.**

| Segment | Flight | Route | Depart (TZ) | Arrive (TZ) | Notes |
|---|---|---|---|---|---|
| Outbound – Nov 20, 2025 | DL 3822 | SMF → LAX | 9:16 AM (PST) | 10:56 AM (PST) | Layover 2h 29m LAX |
| Outbound – Nov 20, 2025 | DL 7950 (AM) | LAX → MEX (T2) | 1:25 PM (PST) | 7:10 PM (CST) | |
| Return – Dec 8, 2025 | Y4 1293 | NLU → GDL | 5:15 PM (CST) | 6:35 PM (CST) | Layover 2h 29m GDL |

| Return –<br>Dec 8, 2025 | Y4 1812 | GDL →<br>SMF | 9:04 PM<br>(CST) | 11:15 PM<br>(PST) |

**5. Third-Party Custodian During Travel.** Mr. Perez will travel with an employee (U.S. citizen) whose identity and contact information will be provided to Mr. Perez' pretrial officer, who agrees to serve as a third-party custodian for the duration of travel, remain with Mr. Perez to the extent practicable during travel and meetings, and promptly report any non-compliance to Pretrial Services.

**6. Safeguards and Supervision While Abroad (All Other Conditions Still Apply).** While outside the United States, Mr. Perez shall: (a) provide confirmations (flight, lodging, and—upon request—meeting confirmations) to Pretrial Services and the government; (b) check in same-day by text/email at departure, arrival, and nightly by 9:00 PM local time during the trip; (c) enable phone location services and provide GPS screenshots upon request; (d) provide immediate notice to Pretrial Services of any itinerary change, delay, or emergency; (e) abide by all existing conditions, including no contact with co-defendants or witnesses (ECF No. 11, SC Nos. 15–16); and (f) if directed by Pretrial or the Court, observe a temporary curfew at the lodging address (9:00 PM–6:00 AM local), with reasonable exceptions for bona fide travel or business needs approved by Pretrial.

**7. Scope; Automatic Reversion**. This stipulation modifies only Special Conditions 3, 5, and 6 for the limited purpose and time described. Upon Mr. Perez's timely return and passport re-surrender, all conditions automatically revert to those set forth in ECF No. 11 without further order.

**9. Pretrial Services Position**. Pretrial Services has been consulted and takes no position regarding the requested temporary modification.

**10. Good Cause; No Prejudice**. Good cause exists for this limited accommodation given the business purpose and the potential positive impact on restitution noted above. This stipulation is without prejudice to any other party's rights or positions.

IT IS SO STIPULATED.

/ / /

| | |
|---|---|
| Dated: November 5, 2025 | /s/ CANDICE L. FIELDS<br>CANDICE L. FIELDS<br>Counsel for Defendant<br>Hector Perez |
| Dated: November 5, 2025 | ERIC A. GRANT<br>United States Attorney<br><br>/s/ MATT THUESEN<br>MATT THUESEN<br>Assistant United States Attorney |

**[PROPOSED] ORDER**

IT IS SO FOUND AND ORDERED this 6th day of November, 2025.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE