CANDICE L. FIELDS
Candice Fields Law, PC
621 Capitol Mall, Suite 900
Sacramento, CA. 95814
(916)414-8050
cfields@candicefieldslaw.com


Attorney for defendant
Hector Perez


IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HECTOR PEREZ and FLAVIO PEREZ<br><br>Defendants. | CASE NO.  2:25-CR-146-WBS<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: February 9, 2026<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1.      This case is set for a status conference on February 9, 2026.

2.      By this stipulation, defendants now move to continue the status conference until **May 18, 2026 at 10:00 a.m.**, and to exclude time between February 9, 2026, and May 18, 2026, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3.      The parties agree and stipulate, and request that the Court find the following:

a)      This case was indicted on June 12, 2025. ECF 1.

b)      The government has produced approximately 50 gigabytes of discovery in this matter.

c)      Counsel for defendants desire additional time to conduct investigation into the charges, the alleged roles of their respective clients, and to review discovery in this case.

1

d)      Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e)      The government does not object to the continuance.

f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 9, 2026 to May 18, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  February 3, 2026                    /s/ CANDICE L. FIELDS
                                            CANDICE L. FIELDS
                                            Counsel for Defendant
                                            HECTOR PEREZ

Dated:  February 3, 2026                    /s/ TAMARA SOLOMAN
                                            TAMARA SOLOMON
                                            Counsel for Defendant
                                            FLAVIO PEREZ

2

Dated:  February 3, 2026

ERIC A. GRANT
United States Attorney

/s/ MATT THUESEN
MATT THUESEN
Assistant United States Attorney

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  February 4, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3