CANDICE L. FIELDS
CANDICE FIELDS LAW, PC
621Capitol Mall, Suite 900
Sacramento, CA 95814
Tel: (916)414-8050
Fax: (916)790-9450
Email: cfields@candicefieldslaw.com

Attorney for Defendant
Hector Perez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HECTOR PEREZ,<br><br>Defendant. | Case No.  2:25-CR-146-WBS-1<br><br>STIPULATION AND ORDER TEMPORARILY MODIFYING CONDITIONS OF PRETRIAL RELEASE |

Defendant Hector Perez, through counsel, respectfully requests authorization for two temporary periods of international business travel: first, to São Paulo, Brazil, from June 6, 2026, through June 18, 2026; and second, to Mexico City, Mexico, from June 22, 2026, through June 28, 2026.[1]

The parties stipulate as follows:

1.      Mr. Perez is currently released on conditions of pretrial supervision.

2.      Mr. Perez seeks authorization for temporary international travel for legitimate business purposes related to his tire business and soccer business operations.

3.      The first requested travel period is to São Paulo, Brazil, from June 6, 2026,

---

[1] If authorization is granted but travel on June 6, 2026 is not viable due to the timeline of the approval processed, Mr. Perez requests that authorization be granted for any departure date between June 6 and June 9, with the same outbound flights which are offered daily.

1

through June 18, 2026. The purpose of this travel is to attend scheduled business meetings from June 8 through June 15, 2026, regarding opportunities within the Brazilian tire industry, including meetings related to INMETRO certification, as well as soccer-related business meetings and tournament-related activities.

4. Mr. Perez's **Brazil travel itinerary** is as follows:

Departure from the United States:

**June 6, 2026**
Copa Airlines Flight CM383
San Francisco International Airport (SFO), Terminal 1
Departure: 1:12 a.m. PDT
Arrival: Tocumen International Airport (PTY), Panama City, Terminal 2
Arrival Time: 10:27 a.m. EST

Copa Airlines Flight CM701
Panama City (PTY), Terminal 2
Departure: 12:00 p.m. EST
Arrival: São Paulo-Guarulhos International Airport (GRU), Terminal 3
Arrival Time: 8:50 p.m. BRT

Return to the United States:

**June 17, 2026**
American Airlines Flight AA962
São Paulo-Guarulhos International Airport (GRU), Terminal 3
Departure: 10:00 p.m. BRT
Arrival: Dallas-Fort Worth International Airport (DFW), Terminal D
Arrival Time: 6:25 a.m. CDT on June 18, 2026

**June 18, 2026**
American Airlines Flight AA1849
Dallas-Fort Worth International Airport (DFW)
Departure: 8:40 a.m. CDT
Arrival: San Francisco International Airport (SFO), Terminal 1
Arrival Time: 10:35 a.m. PDT

5. Mr. Perez's lodging information for the Brazil travel is as follows:

As provided to Pretrial Services
Check-In: June 6, 2026
Check-Out: June 17, 2026

6. The second requested travel period is to Mexico City, Mexico, from June 22, 2026, through June 28, 2026. The purpose of this travel is to attend scheduled business meetings involving current and prospective business relationships related to Mr. Perez's commercial tire business, international business opportunities, and soccer-related business activities.

7.    Mr. Perez's **Mexico travel itinerary** is as follows:

Departure from the United States:

**June 22, 2026**
Aeromexico Flight AM789
Sacramento International Airport (SMF), Terminal B
Departure: 12:35 a.m. PDT
Arrival: Guadalajara International Airport (GDL), Terminal 1
Arrival Time: 5:25 a.m. CST

Aeromexico Flight AM205
Guadalajara International Airport (GDL), Terminal 1
Departure: 7:06 a.m. CST
Arrival: Mexico City International Airport (MEX), Terminal 2
Arrival Time: 8:35 a.m. CST

Return to the United States:

**June 28, 2026**
Aeromexico Flight AM240
Mexico City International Airport (MEX), Terminal 2
Departure: 3:55 p.m. CST
Arrival: Guadalajara International Airport (GDL), Terminal 1
Arrival Time: 5:25 p.m. CST

Aeromexico Flight AM788
Guadalajara International Airport (GDL), Terminal 1
Departure: 7:35 p.m. CST
Arrival: Sacramento International Airport (SMF), Terminal B
Arrival Time: 10:41 p.m. PDT

8.    Mr. Perez's lodging information for the Mexico travel is as follows:

As provided to Pretrial Services
Check-In: June 22, 2026
Check-Out: June 28, 2026

9.    Mr. Perez agrees to provide Pretrial Services, before each departure, with screenshots of all flight and lodging bookings and documentation verifying the work-related events and business purpose of the travel.

10.    Mr. Perez agrees to pick up and return his passport as directed by Pretrial Services on the following dates: pick up on June 5, 2026; return on June 29, 2026. Unless otherwise directed by Pretrial Services, Mr. Perez shall retain his passport between the Brazil and Mexico trips.

11.    During the authorized travel periods, Mr. Perez shall remain available to Pretrial

3

Services by telephone, email, WhatsApp, or text message, and shall comply with any reporting or location-verification instructions from Pretrial Services.

12.    Mr. Perez shall return to California immediately following completion of each authorized trip and shall not travel outside Brazil or Mexico, except for flight connections through Panama, Dallas-Fort Worth, and Guadalajara as reflected in the approved itineraries.

13.    All other conditions of release shall remain in full force and effect.

14.    Pretrial Services Position: Pretrial Services has been consulted and takes no position regarding the requested temporary modification.

15.    Good Cause; No Prejudice: Good cause exists for this limited accommodation given the business purpose and the potential positive impact on Mr. Perez's ability to pay restitution and satisfy the money judgment previously ordered. This stipulation is without prejudice to any other party's rights or positions.

Accordingly, the parties respectfully request that the Court authorize Mr. Perez to travel to São Paulo, Brazil, from June 6, 2026, through June 18, 2026, and to Mexico City, Mexico, from June 22, 2026, through June 28, 2026, subject to the conditions stated above.

Dated:  June 3, 2026

/s/ CANDICE L. FIELDS
CANDICE L. FIELDS
Counsel for Defendant
Hector Perez

Dated:  June 3, 2026

ERIC A. GRANT
United States Attorney

/s/ MATT THUESEN
MATT THUESEN
Assistant United States Attorney

4

**ORDER**

The Court has reviewed the stipulation of the parties and the request of defendant Hector Perez for authorization to travel internationally to São Paulo, Brazil, from June 6, 2026, through June 18, 2026, and to Mexico City, Mexico, from June 22, 2026, through June 28, 2026.

Good cause appearing, the request is GRANTED.

Mr. Perez is authorized to travel to São Paulo, Brazil, from June 6, 2026 (or when practical between June 6-9), through June 18, 2026, and to Mexico City, Mexico, from June 22, 2026, through June 28, 2026, for the business purposes described in the stipulation, subject to the following conditions:

1. Before each departure, Mr. Perez shall provide Pretrial Services with screenshots of all flight and lodging bookings and documentation verifying the work-related events and business purpose of the travel.

2. Mr. Perez shall pick up and return his passport as directed by Pretrial Services on June 5 and June 29, 2026, respectively, unless other directions are issued. Unless otherwise directed by Pretrial Services, Mr. Perez shall retain his passport between the Brazil and Mexico trips.

3. During the authorized travel periods, Mr. Perez shall remain available to Pretrial Services by telephone, email, WhatsApp, or text message, and shall comply with any reporting or location-verification instructions from Pretrial Services.

4. Mr. Perez shall return to California immediately following completion of each authorized trip and shall not travel outside Brazil or Mexico, except for flight connections through Panama, Dallas-Fort Worth, and Guadalajara as reflected in the approved itineraries.

5. All other conditions of release shall remain in full force and effect.

IT IS SO ORDERED.

Dated:  June 4, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE