ERIC GRANT
United States Attorney
MATTHEW THUESEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:25-cr-00146-WBS |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING AND ORDER |
| v. | DATE: November 9, 2026 |
| HECTOR PEREZ, | TIME: 10:00 a.m. |
| Defendant. | COURT: Hon. William B. Shubb |

The United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      On June 12, 2025, the grand jury returned an indictment charging Perez with one count of conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349, six counts of wire fraud, in violation of 18 U.S.C. § 1343, and one count of aggravated identity theft, in violation of 18 U.S.C. § 1028A.

2.      On May 18, 2026, Perez pled guilty to one count of wire fraud and the aggravated identity theft charge.

3.      This matter currently is set for judgment and sentencing on August 24, 2026.

//

//

//

STIPULATION TO CONTINUE SENTENCING

1

4.      Because the parties require additional time to prepare for sentencing, the parties jointly request that this Court continue judgment and sentencing to November 9, 2026, at 10:00 a.m., and revise the schedule of disclosure of the pre-sentence report as follows:

|   |   |   |
|---|---|---|
| a) | Reply or Statement of Non-opposition: | November 2, 2026 |
| b) | Motion for Correction of the Pre-sentence Report: | October 26, 2026 |
| c) | The Pre-Sentence Report Filed: | October 19, 2026 |
| d) | Written Objections to the Pre-sentence Report: | October 12, 2026 |
| e) | Proposed Pre-sentence Report: | September 28, 2026 |

5.      Senior U.S. Probation Officer Julie Besabe does not object to the proposed sentencing date and revision to the schedule of disclosure of the pre-sentence report.

IT IS SO STIPULATED.


Dated:  July 7, 2026                                      ERIC GRANT
                                                         United States Attorney


                                                         /s/ MATTHEW THUESEN
                                                         MATTHEW THUESEN
                                                         Assistant United States Attorney


Dated:  July 7, 2026                                      /s/ CANDICE L. FIELDS
                                                         CANDICE L. FIELDS
                                                         Counsel for Defendant
                                                         HECTOR PEREZ

STIPULATION TO CONTINUE SENTENCING                                    2

**ORDER**

IT IS SO ORDERED .

Dated:  July 8, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE