CANDICE L. FIELDS
CANDICE FIELDS LAW, PC
621Capitol Mall, Suite 900
Sacramento, CA 95814
Tel: (916)414-8050
Fax: (916)790-9450
Email: cfields@candicefieldslaw.com

Attorney for Defendant
Hector Perez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>HECTOR PEREZ,<br>Defendant. | Case No. 2:25-CR-146-WBS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TEMPORARILY MODIFYING CONDITIONS OF PRETRIAL RELEASE AND AMENDING CONDITION NO. 6** |

Defendant Hector Perez, through counsel, respectfully requests authorization for temporary international travel to Barcelona, Spain, from July 29, 2026, through August 24, 2026, and a corresponding temporary modification of his conditions of pretrial release. The parties stipulate as follows:

1. Mr. Perez is currently released on conditions of pretrial supervision.

2. Mr. Perez seeks authorization to travel from San Francisco, California, to Barcelona, Spain, from July 29, 2026, through August 24, 2026.

3. Mr. Perez will depart San Francisco International Airport at 6:00 p.m. on July 29, 2026, on United Airlines Flight UA672 and arrive at Barcelona-El Prat Airport at 2:20 p.m. on July 30, 2026.

4. Mr. Perez will depart Barcelona-El Prat Airport at 6:00 a.m. on August 24, 2026, on TAP Air Portugal Flight TP1041, connect in Lisbon to TAP Air Portugal Flight TP237, and arrive at San Francisco International Airport at 2:05 p.m. on August 24, 2026.

5. The purpose of the travel is to conduct legitimate business meetings related to FC23 Sports and Mr. Perez's international import business.

6. For FC23 Sports, Mr. Perez plans to conduct soccer-related meetings regarding a potential player partnership. Mr. Perez also has planned meetings concerning player development, international partnerships, and future tournament opportunities.

7. In connection with his international import business, Mr. Perez plans to meet with third-party logistics and warehouse providers concerning European warehousing, fulfillment, distribution, and import operations.

8. Before departure, Mr. Perez shall provide Pretrial Services with his flight confirmations, lodging reservations, meeting schedule, daily itinerary, and any additional documentation requested by Pretrial Services.

9. Mr. Perez shall obtain and return his passport as directed by Pretrial Services. If he does not travel during the Court-authorized timeframe, he shall immediately notify Pretrial Services and surrender his passport to Pretrial Services. The parties further acknowledge that, before the defendant's previously authorized travel to Brazil, he applied for a Brazilian travel visa without separately obtaining express authorization from Pretrial Services or the Court to submit the visa application. The defendant understood the visa application to be incidental to the approved travel. To the extent any visa application remains pending, or the defendant seeks to apply for any additional foreign visa, he shall promptly notify Pretrial Services and obtain any required authorization.

10. While traveling internationally, Mr. Perez shall contact Pretrial Services telephonically each day and otherwise comply with all reporting instructions provided by Pretrial Services.

11. Mr. Perez shall return to the United States on August 24, 2026, as scheduled, and shall surrender his passport as directed by Pretrial Services immediately upon his return.

12. Condition of Release No. 6 shall be amended to read: "You must surrender all passports and travel documents to the Clerk, U.S. District Court, and you must not apply for or obtain a passport during the pendency of this case. Additionally, you may not apply for or obtain any travel document without prior approval from the Court."

13. All other conditions of release shall remain in full force and effect.

14. Pretrial Services has been consulted and does not oppose the requested travel, subject to the conditions stated in this stipulation.

15. The government does not oppose the requested temporary modification subject to the conditions stated above.

16. Good cause exists for the requested temporary modification because the travel is for identified business purposes, is limited to a defined period, and remains subject to documentation, daily reporting, passport controls, and all other conditions of release.

Accordingly, the parties respectfully request that the Court authorize Mr. Perez to travel to Barcelona, Spain, from July 29, 2026, through August 24, 2026, subject to the conditions stated above, and amend Condition of Release No. 6 as set forth in paragraph 13.

**[~~PROPOSED~~] ORDER**

The Court has reviewed the parties' stipulation and defendant Hector Perez's request for authorization to travel internationally to Barcelona, Spain, from July 29, 2026, through August 24, 2026, for the business purposes described in the stipulation.

Good cause appearing, the request is GRANTED. Mr. Perez is authorized to travel to Barcelona, Spain, from July 29, 2026, through August 24, 2026, subject to the following conditions:

1. Before departure, Mr. Perez shall provide Pretrial Services with his flight confirmations, lodging reservations, meeting schedule, daily itinerary, and any additional documentation requested by Pretrial Services.

2. Mr. Perez shall obtain and return his passport as directed by Pretrial Services. If he does not travel during the Court-authorized timeframe, he shall immediately notify Pretrial Services and surrender his passport to Pretrial Services.

3. While traveling internationally, Mr. Perez shall contact Pretrial Services telephonically each day and otherwise comply with all reporting instructions provided by Pretrial Services.

4. Mr. Perez shall travel only as authorized and shall return to the United States on August 24, 2026, as scheduled. He shall surrender his passport as directed by Pretrial Services immediately upon his return. To the extent any visa application remains pending, or Mr. Perez seeks to apply for any additional foreign visa, he shall promptly notify Pretrial Services and obtain any required authorization.

5. Condition of Release No. 6 is amended to read: "You must surrender all passports and travel documents to the Clerk, U.S. District Court, and you must not apply for or obtain a passport during the pendency of this case. Additionally, you may not apply for or obtain any travel document without prior approval from the Court."

6. All other conditions of release shall remain in full force and effect.

IT IS SO ORDERED.

Dated: July 23, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE