ERIC GRANT
United States Attorney
MATTHEW THUESEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>HECTOR PEREZ,<br>Defendant. | CASE NO. 2:25-cr-146 WBS<br><br>STIPULATION TO VACATE SENTENCING AND SET STATUS CONFERENCE AND [PROPOSED] ORDER<br><br>DATE: November 9, 2026<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

The United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On June 12, 2025, the grand jury returned an indictment charging Perez with one count of conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349, six counts of wire fraud, in violation of 18 U.S.C. § 1343, and one count of aggravated identity theft, in violation of 18 U.S.C. § 1028A.

2. On May 18, 2026, Perez pleaded guilty to one count of wire fraud and the aggravated identity theft charge.

3. This matter currently is set for judgment and sentencing on November 9, 2026.

4. On July 23, 2026, the Honorable Allison Claire, United States Magistrate Judge, signed an order temporarily modifying Perez's conditions of pretrial release that allowed him to travel to Spain.

5. On or about August 8, 2026, Perez was arrested in Barcelona, Spain, on an INTERPOL

Notice for Mexico and subsequently transferred to Madrid, Spain, where the parties understand he remains in custody pending extradition to Mexico to face criminal charges.

6. On September 4, 2026, the Honorable Sean C. Riordan, United States Magistrate Judge, ordered the issuance of a bench warrant for Perez's arrest based on his violation of a condition of his pretrial release, which was issued on September 11, 2026.

7. The United States currently is in the process of seeking Perez's extradition.

8. Due to the above, the parties respectfully request that this Court vacate the sentencing scheduled for November 9, 2026, and set a status conference for January 11, 2027.

9. Senior U.S. Probation Officer Julie Besabe does not object to the parties' request.

IT IS SO STIPULATED.

Dated: November 3, 2026

ERIC GRANT
United States Attorney

/s/ MATTHEW THUESEN
MATTHEW THUESEN
Assistant United States Attorney

Dated: November 3, 2026

/s/ CANDICE L. FIELDS
CANDICE L. FIELDS
Counsel for Defendant
HECTOR PEREZ

//

//

//

//

//

//

//

**[PROPOSED] ORDER**

Based on the stipulation of the parties, the Court ORDERS that judgment and sentencing in this matter is vacated and the parties shall appear for a status conference before this Court on January 11, 2027, at 10:00 a.m.

IT IS SO ORDERED.

Dated: November 4, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE